IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TORDINI,<br>    Plaintiff,<br><br>v.<br><br>ROBERT N. COYLE, JR., et al.,<br>    Defendant. | CIVIL ACTION NO. 02-2653 |

ORDER

**AND NOW,** this 1st day of July, 2002, upon consideration of Plaintiff's Motion for Partial Reconsideration of the Court's Order of June 1, 2002, it is **ORDERED** that said Motion is **DENIED**. *See* Order of June 1, 2002.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**