IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN TORDINI,**<br>         **Plaintiff,**<br><br>         v.<br><br>**ROBERT N. COYLE, JR., et al.,**<br>         **Defendant.** | **CIVIL ACTION NO. 02-2653** |

**AMENDED ORDER**

**AND NOW,** this 2nd day of July, 2002, upon consideration of Defendant's Motion for Partial Reconsideration of the Court's Order of June 21, 2002, it is **ORDERED** that said Motion is **DENIED**.  *See* Order of June 1, 2002.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**
