## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TORDINI,<br>      Plaintiff,<br><br>      v.<br><br>ROBERT N. COYLE, JR., et al.,<br>      Defendant. | CIVIL ACTION NO. 02-2653 |

## ORDER

AND NOW, this 3rd day of July, 2002, upon consideration of the attached request dated July 2, 2002, it is ORDERED that said request is DENIED.

BY THE COURT:

_____

MARVIN KATZ, S.J.