IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN TORDINI,**<br>　　　**Plaintiff,**<br><br>　　　v.<br><br>**ROBERT N. COYLE, JR., et al.,**<br>　　　**Defendant.** | **CIVIL ACTION NO. 02-2653** |

# O R D E R

**AND NOW,** this        day of June, 2002, upon consideration of Plaintiff's Motion for a Protective Order and to Quash a Subpoena Upon His Law Firm's Employee, James W. McStravick and the response thereto, it is **ORDERED** that said Motion is **DENIED** without prejudice to object at the deposition to questions which would violate the work product or attorney client privileges.  There would not appear to be any attorney client or work product privilege implicated in questions regard resume or curricula vitae as stated in Schedule A attached to the Subpoena.  See Exhibit A.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**MARVIN KATZ, S.J.**