IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN TORDINI,**<br>    **Plaintiff,**<br><br>v.<br><br>**ROBERT N. COYLE, JR., et al.,**<br>    **Defendant.** | **CIVIL ACTION NO. 02-2653** |

## ORDER

**AND NOW,** this 12th day of July, 2002, upon consideration of Plaintiff's Motion to Compel The Coyle Defendants To Produce Their FedR.Civ.P.26 Disclosures; Produce Documents Responsive To The May 17, 2002 Requests For Production of Documents; and, Appear For Depositions Scheduled on June 6, and 10, 2002 the response thereto and The Coyle Family Defendants' Cross-Motion to Compel the Deposition of Plaintiff, John Tordini and Direct the Location of Depositions, it is **ORDERED** as follows:

1. Each party shall complete its Rule 26 disclosures forthwith.

2. Compliance with the May 17, 2002 requests for production of documents shall be completed forthwith, subject to claims of privilege or protection of trial preparation materials complying with Rule 26(b)(5).

3. Each of the depositions of the parties in the offices of their respective counsel commencing with plaintiff's deposition shall proceed for a maximum of two hours starting three business days from the date of this Order.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**