## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN TORDINI,**<br>        **Plaintiff,**<br><br>        **v.**<br><br>**ROBERT N. COYLE, JR., et al.,**<br>        **Defendant.** | **CIVIL ACTION NO. 02-2653** |

## ORDER

**AND NOW,** this 17th day of July, 2002, upon consideration of the attached request dated July 17, 2002, it is **ORDERED** that discovery issues which cannot be resolved by counsel shall be addressed by motion practice.  The court encourages counsel to act professionally and endeavor to resolve discovery issues in accordance with the provisions of the Local Rules and to make a conscientious effort to do so.


**BY THE COURT:**


_____
**MARVIN KATZ, S.J.**