IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TORDINI,<br>    Plaintiff,<br><br>    v.<br><br>ROBERT N. COYLE, JR., et al.,<br>    Defendant. | CIVIL ACTION NO. 02-2653 |

## ORDER

**AND NOW,** this 19th day of July, 2002, upon consideration of Plaintiff's Motion to Enforce This Court's July 12, 2002 Order, and to Quash Subpoenas Upon Plaintiff's Aged and Infirm Parents and the response thereto and Cross Motion, it is **ORDERED** that the individual defendants shall be deposed for up to two hours and the remaining requests and issues may be discussed at the pretrial conference.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**