IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN TORDINI,**<br>     **Plaintiff,**<br><br>     v.<br><br>**ROBERT N. COYLE, JR., et al.,**<br>     **Defendant.** | **CIVIL ACTION NO. 02-2653** |

# O R D E R

**AND NOW,** this 25th day of July, 2002, upon consideration of The Coyle Family Defendants' Motion to Extend the Expert Witness Deadline and Fact Discovery, it is hereby **ORDERED** that the said Motion is **DENIED** with leave to renew at the pretrial conference on **July 30, 2002**, at 9:00 a.m.[1]

BY THE COURT:

_____
**MARVIN KATZ, S.J.**

---

1. The court does not wish to be arbitrary, but the early conference is often useful. If more time for discovery is needed, it will be provided at the conference.