IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN TORDINI,**<br>         **Plaintiff,**<br><br>         v.<br><br>**ROBERT N. COYLE, JR., et al.,**<br>         **Defendant.** | **CIVIL ACTION NO. 02-2653** |

## ORDER

**AND NOW,** this         day of July, 2002, upon consideration of the Plaintiff's Motion to Compel the Coyle Family Defendants to 1) Produce Documents Ordered to be Produced "Forthwith" on July 12, 2002; to 2) Appear for their Court-Ordered Depositions; and 3) Answer Interrogatories (doc. 56), and after a pretrial conference, it is hereby **ORDERED** as follows:

1. Depositions shall proceed forthwith. The individual defendants' depositions shall be concluded before other depositions shall proceed without regard to the two hour limit.

2. Defendants shall produce the requested financial documents of the individual defendants, including indebtedness and funds owed to lenders. The information shall be used only for purposes of this litigation and shall not be otherwise disclosed.

3. Experts shall be identified promptly and their reports furnished, and experts may be deposed upon payment of their fees and expenses for such depositions.

4. Answers to interrogatories 7, 8 and 9 shall be served within 14 days, subject to the

confidentiality provision of paragraph 2 hereof.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**